CHEMICAL BANK & TRUST COMPANY et al., as Executors
of EDGAR P. LAWSON, Deceased, Respondents, *v.* JEANNE
LAWSON, Appellant and Respondent; NANCY B. WILLIAMS
et al., Respondents and Appellants, and LAWSON WILLIAMS
et al., Respondents, Impleaded with Others.

Argued December 4, 1941; decided January 8, 1942.

*Martin Conboy, Ernest E. Wheeler* and *Davis Asch* for Jeanne Lawson, appellant and respondent.

*John Caldwell Myers,* as guardian *ad litem,* and *John F. Keating* for Nancy B. Williams et al., infants, respondents and appellants.

*Benjamin Wiener, Herman M. Brauner* and *Herman Goldman* for plaintiffs, respondents.

*Allan S. Locke* for Lawson Williams et al., defendants, respondents.

*John C. Spallone* and *William Levin* in person, for William Levin, respondent.

Judgment affirmed, with costs payable out of the fund to all parties except the defendants-respondents Lawson Williams, Willie Williams, Lela Hartman Lawson and Willoughby Williams. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.